UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA CARR, *et al.*,                )<br>                                                          )<br>    Plaintiffs,                              )<br>                                                          )<br>    v.                                             )<br>                                                          )<br>J.H. MAXYMILLIAN, INC., *et al.*,   )<br>                                                          )<br>    Defendants.                            ) | Civil Case No. 3:17-cv-30027-MGM |

SCHEDULING ORDER
November 19, 2018

ROBERTSON, U.S.M.J.

| Date | Event |
|---|---|
| December 14, 2018 | Completion of non-expert discovery, including service of and responses to all written discovery (including requests for admissions) and non-expert depositions |
| December 17, 2018 | Plaintiff's designation of trial expert(s) and disclosure of information required by Fed. R. Civ. P. 26(a)(2) |
| December 20, 2018 | Case Management Conference at 12:00 p.m. |

It is So Ordered.

/s/ Katherine A. Robertson
KATHERINE A. ROBERTSON
United States Magistrate Judge